IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD L. CAVINESS,

     Plaintiff,                    No. CIV S-07-1804 LEW KJM P

    vs.

DR. DIAL, et al.,

     Defendants.          ORDER

_____/

       Plaintiff has requested an extension of time to submit the necessary documents for service pursuant to the court's order of December 6, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's December 13, 2007 application for an extension of time is granted; and

       2. Plaintiff shall submit the necessary documents for service on or before January 24, 2008.

DATED: December 28, 2007.

                                    U.S. MAGISTRATE JUDGE

/mp
cavi1804.36