IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD L. CAVINESS,

      Plaintiff,                        No. CIV S-07-1804 LEW KJM P

   vs.

DR. DIAL, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On January 30, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Dial, Dudley and Rohlfing was returned unserved because "not in CDC locator system." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff one summons, three
3  USM-285 forms, along with an instruction sheet and a copy of the complaint (docket no. 1);

4  2. Within sixty days from the date of this order, plaintiff shall complete and
5  submit the attached Notice of Submission of Documents to the court, with the following
6  documents:

7  a. One completed USM-285 form for each defendant;

8  b. Four copies of the endorsed complaint filed August 31, 2007; and

9  c. One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11  DATED: March 5, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
cavi1804.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD L. CAVINESS,

      Plaintiff,                    No. CIV S-07-1804 LEW KJM P

      vs.

DR. DIAL, et al.,                    NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        1        completed summons form

        3        completed USM-285 forms

        4        copies of the August 31, 2007 Complaint

DATED:

                                          _____
                                          Plaintiff