IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD L. CAVINESS,

      Plaintiff,                   No. CIV S-07-1804 JAM KJM P

  vs.

DR. DIAL, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff has filed a request for a court-appointed investigator to assist in locating the witnesses the Marshal has been unable to serve. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for investigators. See 28 U.S.C. § 1915. Plaintiff may seek information through discovery or the California Public Records Act, Calif. Gov't. Code § 6250, et seq., in order to secure the necessary information.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of an investigator (docket no. 17) is denied.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

2
cavi1804.31+