1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD L. CAVINESS,

11              Plaintiff,                    No. CIV S-07-1804 JAM KJM P

12        vs.

13   DR. DIAL, et al.,

14              Defendants.               <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant

17   to 42 U.S.C. § 1983.

18              By an order filed March 6, 2008, this court ordered plaintiff to complete and

19   return to the court, within thirty days, the three USM-285 forms and four copies of his complaint

20   which are required to effect service on the defendants.  On May 15, 2008, plaintiff submitted the

21   three USM-285 forms with no addresses to serve defendants and only one copy of the August 31,

22   2007 complaint.

23              Accordingly, IT IS HEREBY ORDERED that:

24              1.  The Clerk of the Court is directed to send a copy of the August 31, 2007

25   complaint and three blank USM-285 forms to plaintiff; and

26   /////

1

2.  Within thirty days, plaintiff shall submit to the court the four copies of the complaint and three completed USM-285 forms required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED:  May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
cavi1804.8f

2